## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:  Michael Joseph Spillane
      Tracy Lynn Spillane

Case No.: 12-20799-drd-13

Debtors

## APPLICATION TO DEPOSIT UNCLAIMED FUNDS INTO THE COURT REGISTRY ON BEHALF OF CREDITOR

COMES NOW Richard V. Fink, Chapter 13 Trustee, and applies to the Court for an Order to deposit unclaimed funds as identified below in the total amount of $388.85 into the Court Registry.

Dated: October 29, 2015

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

Paige Wymore-Wynn, Acting Clerk Of Court
Us District Court
400 E 9Th St  Rm 2710
Kansas City, MO  64106

Check No.: 38884

Creditor No.: 476387

| Case No. | Name | Amount of Payment |
|---|---|---|
| 12-20799-drd-13 | Sallie Mae Inc Obo United Student Aid Funds Inc<br>C/O Sallie Mae Guarantee Services E2148 Usaf<br>Attn Deposit Operations / Po Box 7167<br>Indianapolis, IN  46207-7167 | $388.85 |
| Account: 6682 | | Trustee Record No.: 10 |

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest.
**If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order to pay the funds into the Court's registry.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
NOEL (NEAL) BISGES ESQ (663) - ATTORNEY FOR DEBTOR(S)
SALLIE MAE INC OBO UNITED STUDENT AID FUNDS INC (357780)

/s/ Richard V. Fink, Trustee

JQ    /Motion - Depoist Funds into Court Registry - Creditor